CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENAKSHI MAJUMDER,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendant. | Case No. 3:25-cv-09069 TSH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties hereby stipulate to an extension of time for Defendant's response to Plaintiff's complaint. Defendant will file their response on or before April 20, 2026. Plaintiff filed a complaint in which she seeks adjudication of her Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. See Dkt. No. 1. On February 12, 2026, United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiff's Form I-526E. USCIS needs additional time to determine how to respond to the Complaint with respect to Plaintiff's Form I-485.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or April 15, 2026. In view of the agreed-upon extension for Defendant's response to the complaint, the

Stipulation to Extend
C 3:25-cv-09069 TSH                       1

parties request that Defendant must file their motion for summary judgment by June 15, 2026.

Dated: February 17, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: February 17, 2026

/s/ Enakshi Majumder
ENAKSHI MAJUMDER
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 3:25-cv-09069 TSH                    2